| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bonnie Eastman | 5/23/1952 | MI | Central District of California | No | Arroyo Grande Water Department (CA4010001) | No | Kidney Cancer | 1-9 |
| 2 | Dana Rouse | 7/25/1972 | TX | Western District of Louisiana | No | South Rayne Water Corporation (LA1001022) | No | Kidney Cancer | 1-9 |
| 3 | Dennis Rowe | 12/21/1971 | AZ | Central District of California | No | Elsinore Valley MWD (CA3310012) | No | Kidney Cancer | 1-9 |
| 4 | Mary Sapp | 2/27/1943 | TN | Middle District of North Carolina | No | City of Winston-Salem (NC0234010) | No | Liver Cancer | 1-9 |
| 5 | Norma Senes | 2/16/1963 | TX | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |
| 6 | Cynthia Simmons | 10/12/1964 | KY | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Ulcerative Colitis | 1-9 |
| 7 | Benjamine Tarquinio | 9/1/1973 | TX | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 8 | Scott Wells | 2/15/1967 | CT | District of Connecticut | No | Meriden Water Division (CT0800011) | No | Testicular Cancer | 1-9 |
| 9 | Brian Wendelin | 2/20/1956 | CO | District of Colorado | No | City of Aurora (CO0103005) | No | Kidney Cancer | 1-9 |
| 10 | Thomas Wermuth | 1/1/1967 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 11 | Patti Wesson | 5/2/1958 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 12 | Martin West | 6/29/1965 | GA | Middle District of Georgia | No | Florence Township Water Department (NJ0315001) | No | Kidney Cancer | 1-9 |
| 13 | Vaughn West | 3/7/1953 | IL | Northern District of Illinois | No | Sioux City Water Supply (IA9778054) | No | Kidney Cancer | 1-9 |
| 14 | Rebecca Westenberger | 7/7/1976 | PA | Middle District of Pennsylvania | No | PA American Water Co - West (PA7210029) | No | Kidney Cancer | 1-9 |
| 15 | Reggie Weston | 6/3/1980 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Ulcerative Colitis | 1-9 |
| 16 | Jenny Westphal | 12/19/1974 | WI | Eastern District of Wisconsin | No | Wausau Waterworks (WI7370102) | No | Kidney Cancer | 1-9 |
| 17 | Joseph Whaley | 12/3/1979 | NC | Eastern District of North Carolina | No | Brunswick County Water System (NC0410045) | No | Testicular Cancer | 1-9 |
| 18 | Adrian Wheatfall | 12/24/1961 | TX | Southern District of Texas | No | Country Terrace Subdivision (TX1011260) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Eva Whetstone | 2/19/1947 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 20 | Thomas A Whiddon | 10/12/1974 | FL | Northern District of Florida | Yes | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 21 | Jack White Jr. | 5/21/1973 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 22 | Alisa White | 4/12/1962 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 23 | Brian White | 3/26/1971 | ID | District of Utah | No | Park City Water System (UTAH22011) | No | Testicular Cancer | 1-9 |
| 24 | Eric E. White | 9/8/1974 | FL | Middle District of Florida | No | Winter Haven Water Department (FL6531992) | No | Kidney Cancer | 1-9 |
| 25 | Gilbert White | 9/16/1976 | DE | District of Delaware | No | New Jersey American Water - Western (NJ0327001) | No | Testicular Cancer | 1-9 |
| 26 | Jeremy White | 5/27/1977 | MT | District of Montana | No | Kalispell Public Works (MT0000259) | No | Kidney Cancer | 1-9 |
| 27 | Joseph White | 8/2/1971 | AL | Northern District of Alabama | No | Gadsden Water Works and Sewer Board (AL0000577) | No | Kidney Cancer | 1-9 |
| 28 | Riley White | 7/24/1957 | IL | Northern District of Illinois | No | Joliet (IL1970450) | No | Kidney Cancer | 1-9 |
| 29 | Robert White | 10/5/1967 | GA | Northern District of Georgia | No | City of Salisbury (MD0220004) | No | Kidney Cancer | 1-9 |
| 30 | Sylvia White | 2/10/1963 | CA | Eastern District of California | No | Clayton County Water Authority (GA0630000) | No | Kidney Cancer | 1-9 |
| 31 | Tina White | 11/11/1971 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 32 | Christopher Whitehead | 6/26/1972 | TX | Western District of Texas | No | City Of Grand Prairie (TX0570048) | No | Kidney Cancer | 1-9 |
| 33 | Shermika Whitfield | 11/1/1981 | MD | District of Maryland | No | City of Baltimore (MD0300002) | No | Ulcerative Colitis | 1-9 |
| 34 | Christopher Whitley | 11/2/1971 | NC | Middle District of North Carolina | No | Rockingham, City Of (NC0377015) | No | Kidney Cancer | 1-9 |
| 35 | Johnny Whitlock | 9/4/1963 | KY | Western District of Kentucky | No | Muldraugh Water Department (KY0820481) | No | Kidney Cancer | 1-9 |
| 36 | Angel Whitt | 6/26/1985 | AL | Northern District of Alabama | No | Tennessee American Water - Chattanooga (TN0000107) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 37 | Timothy M. Whittington | 7/17/1981 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Testicular Cancer | 1-9 |
| 38 | Michael Wiesman | 12/11/1980 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Testicular Cancer | 1-9 |
| 39 | Roy Wiggins | 6/1/1983 | NC | Western District of North Carolina | No | Charlotte Water (NC0160010) | No | Testicular Cancer | 1-9 |
| 40 | Terry Wiggins | 8/18/1976 | GA | Northern District of Georgia | No | Huntsville Utilities (AL0000882) | No | Liver Cancer | 1-9 |
| 41 | Ruth Wiitanen | 6/11/1982 | OR | District of Oregon | No | Bend Water Department (OR4100100) | No | Kidney Cancer | 1-9 |
| 42 | Darrick Wilford | 2/13/1984 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Liver Cancer | 1-9 |
| 43 | Richard Wilke | 3/7/1950 | DE | District of Delaware | No | Artesian Water Company (DE0000552) | No | Liver Cancer | 1-9 |
| 44 | Harold Wilkie | 6/3/1954 | PA | Eastern District of Pennsylvania | No | NWWA Warrington Township (PA1090070) | No | Kidney Cancer | 1-9 |
| 45 | Hubert Wilkins | 1/9/1950 | KY | Western District of Kentucky | No | Greenville Utilities Commission (KY0890170) | No | Kidney Cancer | 1-9 |
| 46 | Seth Wilkinson | 7/2/1984 | NE | District of Nebraska | No | City Of Grand Island (NE3107902) | No | Ulcerative Colitis | 1-9 |
| 47 | Garrett Willburger | 1/7/1995 | CA | Central District of California | No | City of Orange (CA3010027) | No | Testicular Cancer | 1-9 |
| 48 | Catherine Willett | 6/6/1988 | NY | Eastern District of New York | No | Buffalo Water Authority (NY1400422) | No | Ulcerative Colitis | 1-9 |
| 49 | Arthur Willetts | 2/15/1941 | NC | Eastern District of North Carolina | No | Brunswick County Water System (NC0410045) | No | Kidney Cancer | 1-9 |
| 50 | Morrison Willetts | 6/12/1953 | TX | Southern District of Texas | No | City of Baytown (TX1010003) | No | Testicular Cancer | 1-9 |
| 51 | Edward C Willhoite | 6/8/1974 | TX | Central District of California | No | Santa Clarita Valley W.A. - Santa Clarita (CA1910017) | No | Kidney Cancer | 1-9 |
| 52 | Valerie William-Ford | 1/2/1955 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Angel Williams Tomo | 10/3/1963 | NJ | District of New Jersey | No | City of Camden (NJ0408001) | No | Liver Cancer | 1-9 |
| 54 | Alfonza Williams | 3/3/1964 | VA | District of South Carolina | No | City Of Abbeville (SC0110001) | No | Kidney Cancer | 1-9 |
| 55 | Antonee Williams | 10/14/1969 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 56 | Bennie Williams | 4/12/1987 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Liver Cancer | 1-9 |
| 57 | Carol Williams | 5/5/1971 | FL | Middle District of Florida | No | North Port Utilities (FL6580651) | No | Kidney Cancer | 1-9 |
| 58 | Christine Williams | 2/25/1955 | NC | Eastern District of North Carolina | No | City of Raleigh (NC0392010) | No | Kidney Cancer | 1-9 |
| 59 | Clinton Williams | 7/8/1971 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 60 | Deloice Williams | 8/12/1968 | AL | Middle District of Alabama | No | Auburn Water Works (AL0000804) | No | Liver Cancer | 1-9 |
| 61 | Delores Williams | 2/28/1968 | NC | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |
| 62 | Dimple Williams | 12/12/1964 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Liver Cancer | 1-9 |
| 63 | Felicia Williams | 8/4/1984 | NC | Western District of North Carolina | No | Anson County Water System (NC0304010) | No | Ulcerative Colitis | 1-9 |
| 64 | Gwendolyn Williams | 4/9/1971 | TX | Western District of Texas | No | City of Killeen (TX0140006) | No | Ulcerative Colitis | 1-9 |
| 65 | Jason Williams | 11/26/1982 | CA | Eastern District of California | No | City Of Atwater (CA2410001) | No | Testicular Cancer | 1-9 |
| 66 | Joshua Williams | 11/29/1985 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Testicular Cancer | 1-9 |
| 67 | Kenneth Williams | 12/31/1969 | GA | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Testicular Cancer | 1-9 |
| 68 | Kevin Williams | 2/26/1976 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| 69 | Mae Williams | 8/13/1963 | TX | Northern District of Texas | No | City Of Abilene (TX2210001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 70 | Michael Williams | 11/11/1972 | TX | Southern District of Texas | No | Harris County Mud 69 (TX1010600) | No | Kidney Cancer | 1-9 |
| 71 | Mitsy Williams | 10/12/1950 | NC | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 72 | Prince Williams | 12/18/1982 | AL | Northern District of Alabama | No | Decatur Board of Municipal Utilities (AL0001084) | No | Kidney Cancer | 1-9 |
| 73 | Richard Williams | 5/20/1962 | PA | Eastern District of Pennsylvania | No | Marietta City PWS (OH8400412) | No | Testicular Cancer | 1-9 |
| 74 | Roland Williams | 10/13/1955 | NJ | District of New Jersey | No | NJ American Water - Atlantic County (NJ0119002) | No | Kidney Cancer | 1-9 |
| 75 | Sandra Williams | 2/17/1963 | IL | Central District of Illinois | No | Heyworth (IL1130650) | No | Ulcerative Colitis | 1-9 |
| 76 | Terry Williams | 10/2/1956 | NC | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |
| 77 | Terry Williams | 8/14/1967 | AL | Southern District of Alabama | No | Loxley (Town Of) (AL0000048) | No | Kidney Cancer | 1-9 |
| 78 | Tina Williams | 12/28/1979 | AL | Southern District of Alabama | No | Riviera Utilities (AL0300029) | No | Kidney Cancer | 1-9 |
| 79 | Ken Williamson | 12/21/1953 | TX | Northern District of Texas | No | City Of Grand Prairie (TX0570048) | No | Kidney Cancer | 1-9 |
| 80 | Sally Jo Williamson | 4/15/1959 | OH | Southern District of Ohio | No | City of Zanesville (OH6002712) | No | Kidney Cancer | 1-9 |
| 81 | Ginger Willis | 7/19/1968 | OH | Southern District of Ohio | No | Dayton Public Water System (OH5703512) | No | Kidney Cancer | 1-9 |
| 82 | Natrunda Willis | 2/23/1978 | GA | Southern District of Georgia | No | East Point (GA1210003) | No | Kidney Cancer | 1-9 |
| 83 | Sterling Willis | 7/17/1984 | SC | District of South Carolina | No | City of Baltimore (MD0300002) | No | Testicular Cancer | 1-9 |
| 84 | Craig Wills | 9/22/1951 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 85 | Kenneth Willsey | 10/8/1960 | OH | District of Massachusetts | No | Lawrence Water Works (MA3149000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 86 | Debra Wilridge | 3/31/1965 | CA | Central District of California | No | Passaic Valley Water Commission (NJ1605002) | No | Kidney Cancer | 1-9 |
| 87 | Carlisle Wilson | 10/4/1955 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 88 | Eddie Wilson | 6/23/1955 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| 89 | Elijah Wilson | 10/1/1995 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Testicular Cancer | 1-9 |
| 90 | Gene Wilson | 11/14/1955 | KY | Western District of Kentucky | No | Martin Water Dept (TN0000435) | No | Kidney Cancer | 1-9 |
| 91 | James Wilson | 10/16/1980 | CT | District of Connecticut | No | Aquarion Water Company of CT (CT0150011) | No | Kidney Cancer | 1-9 |
| 92 | Linda Wilson | 12/18/1951 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 93 | Martin Wilson | 2/2/1974 | KY | Western District of Kentucky | No | Paducah Water Works (KY0730533) | No | Kidney Cancer | 1-9 |
| 94 | Sabrina Wilson | 1/14/1992 | CA | Eastern District of California | No | City Of Atwater (CA2410001) | No | Ulcerative Colitis | 1-9 |
| 95 | Stephen Wilson | 8/9/1958 | OH | Southern District of Ohio | No | Ironton PWS (OH4400711) | No | Kidney Cancer | 1-9 |
| 96 | Thomas L Wilson | 1/15/1945 | AL | Northern District of Georgia | No | Paulding County Water System;Cobb County (GA2230002) | No | Kidney Cancer | 1-9 |
| 97 | Vendetta Wilson | 3/16/1966 | NJ | District of New Jersey | No | Passaic Valley Water Commission (NJ1605002) | No | Kidney Cancer | 1-9 |
| 98 | Hope Winberg | 9/7/1967 | SC | District of South Carolina | No | Summerville CPW (SC1810003) | No | Ulcerative Colitis | 1-9 |
| 99 | Bobby Windham Sr. | 1/16/1969 | SC | District of South Carolina | No | Town of Winnsboro (SC2010001) | No | Testicular Cancer | 1-9 |
| 100 | Dale Wing Jr. | 9/13/1970 | IN | Northern District of Indiana | No | Elkhart Public Works & Utilities (IN5220008) | No | Testicular Cancer | 1-9 |
| 101 | Robert Wingate | 8/24/1973 | GA | Northern District of Georgia | No | City of Florence (SC2110001) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 102 | Roberta Lynn Winkler | 8/12/1958 | TN | Western District of Tennessee | No | Adamsville Water System (TN0000002) | No | Kidney Cancer | 1-9 |
| 103 | Clifford Winston | 11/10/1955 | GA | Northern District of Georgia | No | Clayton County Water Authority (GA0630000) | No | Kidney Cancer | 1-9 |
| 104 | Thomas Winter | 9/10/1949 | NY | Southern District of New York | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 105 | Kevin Winters | 6/18/1976 | CA | Central District of California | No | Suburban Water Systems-La Mirada (CA1910059) | No | Testicular Cancer | 1-9 |
| 106 | Bryan Wittenmyer | 9/11/1966 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 107 | Helen Wittig | 5/10/1978 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 108 | Joseph Wolf | 10/23/1969 | TX | Western District of Texas | No | West Bell County WSC (TX0140105) | No | Testicular Cancer | 1-9 |
| 109 | Jennifer Wolfe | 1/7/1957 | TN | Western District of Tennessee | No | Jackson Water System (TN0000299) | No | Kidney Cancer | 1-9 |
| 110 | Donald Wolff | 8/29/1958 | CA | Central District of California | No | Weymouth Water Department (MA4336000) | No | Kidney Cancer | 1-9 |
| 111 | Curtis Wollan | 11/10/1951 | MN | District of Minnesota | No | Lee County Utilities (FL5364048) | No | Liver Cancer | 1-9 |
| 112 | Kevin Wolverton | 11/25/1973 | OH | Northern District of Ohio | No | Mansfield City (OH7002914) | No | Testicular Cancer | 1-9 |
| 113 | Mike Womack | 11/25/1964 | KY | Eastern District of Kentucky | No | Flatwoods Water Company (KY0450132) | No | Kidney Cancer | 1-9 |
| 114 | Cody Wood | 3/26/1993 | AL | Northern District of Alabama | No | Auburn Water Works (AL0000804) | No | Testicular Cancer | 1-9 |
| 115 | David Wood | 8/31/1960 | CA | Northern District of California | No | City of Clovis (CA1010003) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 116 | Davis Wood | 3/31/1994 | VA | Eastern District of Virginia | No | Town of Warrenton (VA6061600) | No | Testicular Cancer | 1-9 |
| 117 | Linda Wood | 7/30/1952 | TX | Northern District of Texas | No | City Of Brady Water System (TX1540001) | No | Kidney Cancer | 1-9 |
| 118 | Robert Wood | 7/5/1976 | MD | District of Maryland | No | Washington Suburban Sanitary Commission (MD0150005) | No | Kidney Cancer | 1-9 |
| 119 | Robert Wood | 4/5/1983 | CA | Eastern District of California | No | City Of Merced (CA2410009) | No | Kidney Cancer | 1-9 |
| 120 | Calvin Woodard | 1/26/1988 | AL | Southern District of Alabama | No | Saraland Water & Sewer Service (AL0001021) | No | Testicular Cancer | 1-9 |
| 121 | Julie Woodard | 9/16/1980 | TX | Southern District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Kidney Cancer | 1-9 |
| 122 | Homer Woodbury III | 12/7/1958 | NH | District of New Hampshire | No | City of Dover Water Department (NH0651010) | No | Testicular Cancer | 1-9 |
| 123 | Rachel Woodcock Norris | 12/12/1949 | NC | Eastern District of North Carolina | No | City Of Dunn (NC0343010) | No | Kidney Cancer | 1-9 |
| 124 | Calvin Woodland | 5/30/1949 | GA | Northern District of Georgia | No | Madison Heights (MI0004000) | No | Kidney Cancer | 1-9 |
| 125 | Harold Woodman Jr | 6/19/1957 | ME | District of Maine | No | Fayetteville Public Works Commission (NC0326010) | No | Ulcerative Colitis | 1-9 |
| 126 | Kevin Woods | 11/25/1956 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 127 | Terry Woods | 8/17/1961 | TN | Eastern District of Tennessee | No | Kingsport Water Dept (TN0000349) | No | Kidney Cancer | 1-9 |
| 128 | Corderall Woodson | 3/21/1993 | GA | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Liver Cancer | 1-9 |
| 129 | Marcia Woodward | 9/7/1948 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 130 | JoAn Woolbright | 9/21/1956 | TX | Northern District of Texas | No | City Of Richardson (TX0570015) | No | Kidney Cancer | 1-9 |
| 131 | Mark Woolweaver | 3/13/1963 | TX | Central District of California | No | City of Riverside (CA3310031) | No | Kidney Cancer | 1-9 |
| 132 | Bobby Wooten | 10/6/1958 | TX | Western District of Texas | No | City Of Granite Shoals (TX0270049) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 133 | Theresa Word | 5/8/1971 | SC | District of South Carolina | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 134 | Roberta Worsham | 2/25/1955 | FL | District of Massachusetts | No | Hudson Water Supply (MA2141000) | No | Kidney Cancer | 1-9 |
| 135 | Susan Worth | 3/28/1966 | PA | Western District of Pennsylvania | No | Lee County Utilities (FL5364048) | No | Kidney Cancer | 1-9 |
| 136 | Sherry Wotring | 1/8/1951 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 137 | Elijah Wren | 4/19/1932 | AL | Northern District of Alabama | No | Birmingham Water Works (AL0000738) | No | Kidney Cancer | 1-9 |
| 138 | Alex Wright | 9/29/1987 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Testicular Cancer | 1-9 |
| 139 | Charles Wright | 6/28/2004 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Testicular Cancer | 1-9 |
| 140 | Debi Wright | 7/1/1961 | TX | Eastern District of Texas | No | City Of Seagoville (TX0570016) | No | Kidney Cancer | 1-9 |